---



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: July 18, 2014**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                              **CHAPTER 13**

**ANTHONY YATES**                              **CASE NO. 03-06366-NPO**

### ORDER GRANTING TRUSTEE'S MOTION TO DISBURSE LAWSUIT FUNDS

   **THIS MATTER** came before the Court on the Trustee's Motion for Court Approval to Disburse Lawsuit Funds (Docket #43).  The Court, having considered the matter, finds that the Trustee's Motion is well-taken and should be granted.

   **IT IS, THEREFORE, ORDERED** that the Trustee's Motion for Court Approval to Disburse Lawsuit Funds is hereby granted.  The Trustee is authorized to apply the remaining undisbursed funds in the amount of $14,905.97 to increase distribution to unsecured creditors to one hundred percent (100%).  Any remaining balance shall be disbursed to the Debtor.

### ## END OF ORDER ##

**SUBMITTED BY:**

Anitra Eubanks  MSB#101268
Attorney on behalf of
Standing Chapter Thirteen Trustee
James L. Henley, Jr.
E-Mail: CMartin@JLHenleych13.net
Telephone: (601) 981-9100 Ext. 124
Facsimile: (601) 981-9888
Post Office Box 31980
Jackson, Mississippi 39286-1980